# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | SONIA R TURNER |
| **Case Number:** | 4:08-BK-11562-EWH   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 06, 2009 02:00 PM   COURTROOM 206 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | ALICIA JOHNS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 731 W. 13 ST. CASA GRANDE, AZ 85222 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF JP MORGAN CHASE BANK, NA .

**R / M #:**   25 / 0

## *Appearances:*

CRAIG MORRIS, ATTY FOR DIANNE C. KERNS, TRUSTEE
FRED PINSKY, ATTORNEY FOR SONIA R  TURNER
LEONARD J. MCDONALD, ATTORNEY FOR JP MORGAN CHASE BANK

## *Proceedings:*

MR. MCDONALD STATES HE HOPES THIS CAN BE WORKED OUT.  HE REQUESTS A CONTINUANCE.

COURT:  THIS PRELIMINARY HEARING WILL BE CONTINUED TO SEPTEMBER 3, 2009 AT 2:00 P.M.