# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** SONIA R TURNER
**Case Number:** 4:08-BK-11562-EWH  **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 01, 2009 02:00 PM   COURTROOM 206
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** EUNICE STROUD

## Matter:

FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 731 W. 13 ST. CASA GRANDE, AZ 85222 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF JP MORGAN CHASE BANK, NA . (CONT. FROM 8/6/09) (set at hrg. held 9/3/09)

**R / M #:** 25 / 0

## Appearances:

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
FRED PINSKY, ATTORNEY FOR SONIA R TURNER
LEONARD J. MCDONALD, ATTORNEY FOR JP MORGAN CHASE BANK, Appearing by telephone

## Proceedings:

Mr. Pinsky states he has filed an amended plan with conduit payments.

Mr. McDonald responds that the matter has been resolved.

COURT:  THE HEARING IS VACATED.